EXHIBIT "C"

**Medefis, Inc**

**AGAPENURSE HEAL**
**AGAPENURSE HEALTHCARE LLC C/O LE**

Check: EFT000006020893
Date: 10/03/2022

| Invoice Number | Date | Description | Dates of Service | Net Amount |
|---|---|---|---|---|
| 519948-11 | 08/18/2022 | Lewis, Ailsa | 08/01/2022-08/14/202 | $794.20 |
| | | | TOTALS: | $794.20 |



## Medefis

2121 N 117th Ave
Suite 200
Omaha, NE 68164-3629

JPMorgan Chase Bank N.A.
Syracuse, NY
Syracuse, NY

**CHECK NO.**
**EFT000006020893**

| DATE | AMOUNT |
|---|---|
| Oct 3, 2022 | $0.00 |

**VOID AFTER 90 DAYS**

Non-Negotiable: Amount transferred Via Electronic Funds Transfer

VOID

Pay to the
Order of

AGAPENURSE HEALTHCARE LLC C/O LENDR FINANCE
640 NORTH CLARK STREET
FLOOR 2
CHICAGO, IL 60654

Non-Negotiable

MEDEFIS000086

**J.P.Morgan | ACCESS**

Home   Payments   Checks   Reports & Statements   More Services

Search ⌄   Search by account, beneficiary and more...   🔍

Feedback   Notifications   Help

‹ Home
‹ Templates

## MDF 10-03-22

Status
Active

### ⌄ Transaction Information

| | | | | |
|---|---|---|---|---|
| Ordering/Originating Account Number | Ordering/Originating Account Name | Branch Location | Bank ID | |
| 000000203079913 | Medefis Consolidated Billing Disb | JPMC NEW YORK (US) | 021000021 | |
| Company/Entity Name and ID | Method | Transaction Category | Status | |
| Medefis Con Bill / 979913900 | ACH Credit | Corporate/Vendor Payments | Active | |
| | | Bank Name | Beneficiary Bank Country | |
| | | JPMORGAN CHASE BANK, N.A. | UNITED STATES - US | |

### ⌄ Routing/Reference Information

⌄ Filter Text Field [                    ]   APPLY FILTER   RESET

□ Hold All

| □ | ⇅ Beneficiary Name | ⇅ Beneficiary ID Number | ⇅ Status | ⇅ Hold | ⇅ | Default Payment Amount ⇅ | Bank ABA Routing | ⇅ Bank Account Number | ⇅ Account Type |
|---|---|---|---|---|---|---|---|---|---|
| □ 1 | Beneficiary Name | | ⇅ Status | ⇅ Hold | ⇅ | | | | |
| □ | AGAPENURSE HEALTHCARE | AGAPENURSE HEAL | Entered | □ | | 794.20 | 071923909 | 724453715.0 | Checking |

Total Max Amount: ...

MEDEFIS000087