# EXHIBIT "D"

# Medefis

Questions 1-866-711-6333 or email us

[FILL JOBS] [PER DIEM] [MANAGE] [ADMINISTER]

🏠 / Invoice Search / **Invoice #538047**

Documents (0) ▼  Comments(1)

| Facility Group: | Northeast Georgia Health System | | Invoice #: | 538047 |
| --- | --- | --- | --- | --- |
| | | | Invoice Date: | 10/28/2022 |
| | | | Due Date: | 11/27/2022 |
| | | | Bill Period: | 10/10/2022 - 10/23/2022 |

INVOICE STATUS: CLOSED 11/7/2022

| Facility Name | Billing Code | Traveler Name | Company | Timecard | Hours | Has Rejections | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ▼ Northeast Georgia Health System | 202114 | Lewis, Alisa | Agapenurse Healthcare LLC | 10/10 - 10/23 ▼ | 78.25 | | $8,630.00 |

### Time Entries

*Guaranteed Hours: N/A  Overtime After: 40*

| Date | Type | Description | Unit | Rate | Amount | Comment |
| --- | --- | --- | --- | --- | --- | --- |
| 10/10 | | Lewis, Alisa - Regular - 12:00 AM - 7:00 AM | 7.00 | $110.00 | $770.00 | 📎 |
| 10/11 | | Lewis, Alisa - Regular - 12:00 AM - 11:30 AM | 11.50 | $110.00 | $1,265.00 | 📎 |
| 10/12 | | Lewis, Alisa - Regular - 12:00 AM - 12:00 PM | 12.00 | $110.00 | $1,320.00 | 📎 |
| 10/13 | | Lewis, Alisa - Regular - 12:00 AM - 9:30 AM | 9.50 | $110.00 | $1,045.00 | 📎 |
| 10/13 | | Lewis, Alisa - Overtime - 9:30 AM - 11:45 AM | 2.25 | $120.00 | $270.00 | 📎 |
| 10/18 | | Lewis, Alisa - Regular - 12:00 AM - 12:00 PM | 12.00 | $110.00 | $1,320.00 | 📎 |
| 10/19 | | Lewis, Alisa - Regular - 12:00 AM - 12:00 PM | 12.00 | $110.00 | $1,320.00 | 📎 |
| 10/22 | | Lewis, Alisa - Regular - 12:00 AM - 12:00 PM | 12.00 | $110.00 | $1,320.00 | 📎 |

Sub Total: $8,630.00

### Miscellaneous Charges

| Date | Description | Unit | Rate | Amount | Comment |
| --- | --- | --- | --- | --- | --- |

*No Miscellaneous Charges*

Invoice Total: $8,630.00