# EXHIBIT "F"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENDR FINANCE, LLC,<br>an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDEFIS, INC.,<br>a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:24-cv-02061<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S PRIVILEGE LOG**

Defendant Medefis, Inc., serves its Privilege Log in response to Plaintiff's First Request for Production.

| DESCRIPTION | PAGES | DATE | PRIVILEGE |
|---|---|---|---|
| Screenshots | MEDEFIS000087, MEDEFIS000089, MEDEFIS000091, MEDEFIS000093, MEDEFIS000095, MEDEFIS000097, MEDEFIS000099, MEDEFIS000101, MEDEFIS000103, MEDEFIS000105, MEDEFIS000107, MEDEFIS000109, MEDEFIS000111, MEDEFIS000113, MEDEFIS000115, MEDEFIS000117, MEDEFIS000119, MEDEFIS000121, MEDEFIS000123, MEDEFIS000125, MEDEFIS000127, MEDEFIS000129, MEDEFIS000131, | 10/03/2022 – 01/02/2024 | Confidential financial information |

| DESCRIPTION | PAGES | DATE | PRIVILEGE |
|---|---|---|---|
| | MEDEFIS000133, MEDEFIS000135, MEDEFIS000137, MEDEFIS000139, MEDEFIS000141, MEDEFIS000143, MEDEFIS000145, MEDEFIS000147, MEDEFIS000149, MEDEFIS000151, MEDEFIS000153, MEDEFIS000155, MEDEFIS000157, MEDEFIS000159, MEDEFIS000161, MEDEFIS000163, MEDEFIS000165 | | |
| E-mail | MEDEFIS000258 – MEDEFIS000260 | 02/29/2024 | Attorney-client privilege, work-product doctrine (post-lawsuit) |

Dated: November 11, 2024    Respectfully submitted,

By: /s/ Brian L. Lerner
Brian L. Lerner (Fla. Bar No. 177202)
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
Telephone:     (954) 527-1115
Facsimile:     (954) 527-1116
E-mail: blerner@kvllaw.com
Attorneys for Defendant Medefis, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by e-mail on November 11, 2024 to the following:

Gary Vist, Esq.
gvist@masudafunai.com
Christen McGlynn, Esq.
cmcglynn@masudafunai.com
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone:   (312) 245-7500
Facsimile:    (312) 245-7467 (Fax)
Attorneys for Plaintiff

Jocelyne A. Macelloni, Esq.
jmacelloni@b2b.legal
service@b2b.legal
Barakat + Bossa, PLLC
2701 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Telephone:   (305) 444-3114
Facsimile:    (305) 444-3115
Attorneys for Plaintiff

Stephanie Scharf, Esq.
sscharf@scharfbanks.com
George D. Sax, Esq.
gsax@scharfbanks.com
Scharf Banks Marmor LLC
30 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone:   (312) 726-6000
Attorneys for Defendant

By: */s/ Brian L. Lerner*
 Brian L. Lerner